# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Abdalkareem Moala,** | **Civil No. 06-1531 (JNE/SRN)** |
| **Plaintiff,** | |
| v. | <u>**O R D E R**</u> |
| **Michael J. Astrue,** <br> **Commissioner of Social Security,** | |
| **Defendant.** | |

Jennifer Mrozik, Esq., Northwest Disability Services, 1611 West County Road B, Suite 106, Roseville, Minnesota 55113, on behalf of Plaintiff

Lonnie F. Bryan, Esq., Office of the United States Attorney, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415, on behalf of Defendant

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees (Doc. No. 19) is **GRANTED** in the amount of $4,930.

Dated: February 21, 2008

<u>s/ Joan N. Ericksen</u> <br>
JOAN N. ERICKSEN <br>
United States District Court Judge